```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 44435
    RICHENEL TJONAMAN
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-3309


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/02/2004 and was confirmed 02/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.00% from remaining funds.

     The case was granted discharge pursuant to 11 usc 1328 10/02/2008.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                            PAID             PAID
------------------------------------------------------------------------------
WEST SUBURBAN CARDIOLOGI  UNSECURED         340.00            .00           17.03
CITY OF CHICAGO PARKING   UNSECURED        1030.00            .00           51.14
AMERICAN JEWELRY & PAWN   SECURED              .00            .00             .00
CASH AMERICA              SECURED              .00            .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED          .00             .00
ACUTE CAR SPECIALISTS IN  UNSECURED        NOT FILED          .00             .00
ACUTE CAR SPECIALIST INC  NOTICE ONLY      NOT FILED          .00             .00
ADVOCATE NORTHSIDE HEALT  UNSECURED        NOT FILED          .00             .00
ADVOCATE HEALTHCARE       NOTICE ONLY      NOT FILED          .00             .00
ADVOCATE HEALTHCARE       UNSECURED        NOT FILED          .00             .00
ARMOR SYSTEMS CORP        UNSECURED        NOT FILED          .00             .00
BELAIR HOTEL              UNSECURED        NOT FILED          .00             .00
BELAIR HOTEL              NOTICE ONLY      NOT FILED          .00             .00
CARMEN MANOR              UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO DEPT OF   FILED LATE       4615.86            .00             .00
CHICAGO CITY CLERK        UNSECURED        NOT FILED          .00             .00
EWING ANNEX HOTEL         UNSECURED        NOT FILED          .00             .00
IMMC PEDIATRIC AMBULATOR  UNSECURED        NOT FILED          .00             .00
IMMC DEPT OF DENTISTRY    NOTICE ONLY      NOT FILED          .00             .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED          .00             .00
MEDCLR                    UNSECURED        NOT FILED          .00             .00
MERCHANTS CREDIT GUIDE C  UNSECURED        NOT FILED          .00             .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED        NOT FILED          .00             .00
NCO FINANCIAL SYSTEMS     UNSECURED        NOT FILED          .00             .00
NORTHWESTERN MEMORIAL HO  NOTICE ONLY      NOT FILED          .00             .00
PELLETTIERI & ASSOC       NOTICE ONLY      NOT FILED          .00             .00
PROFESSIONAL CARDIOLOGY   UNSECURED        NOT FILED          .00             .00
PSC PHYSICIANS BILLING G  UNSECURED        NOT FILED          .00             .00
SHIFA CARDIOLOGY CONSULT  UNSECURED        NOT FILED          .00             .00
ST FRANCIS HOSPITAL       NOTICE ONLY      NOT FILED          .00             .00
THOREK HOSPITAL & MEDICA  NOTICE ONLY      NOT FILED          .00             .00
ECMC                      UNSECURED       10826.94            .00          542.44

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 44435 RICHENEL TJONAMAN
```

```
US DEPT OF EDUCATION       NOTICE ONLY    NOT FILED              .00           .00
UNITED COLLECTION BUREAU   UNSECURED       4526.00               .00        226.76
WEISS MEMORIAL HOSPITAL    UNSECURED      NOT FILED              .00           .00
WEISS MEMORIAL HOSPITAL    NOTICE ONLY    NOT FILED              .00           .00
WEISS MEMORIAL HOSPITAL    NOTICE ONLY    NOT FILED              .00           .00
WEST SUBURBAN CARDIOLOGI   NOTICE ONLY    NOT FILED              .00           .00
PREMIUM ASSET RECOVERY C   UNSECURED      27483.98               .00       1376.93
LEGAL ASSISTANCE OF CHIC   DEBTOR ATTY        .00                             .00
TOM VAUGHN                 TRUSTEE                                         125.70
DEBTOR REFUND              REFUND                                             .00
```

       Summary of Receipts and Disbursements:
    ---------------------------------------------------------------------
                            RECEIPTS           DISBURSEMENTS
    ---------------------------------------------------------------------
    TRUSTEE                 2,340.00

    PRIORITY                                            .00
    SECURED                                             .00
    UNSECURED                                      2,214.30
    ADMINISTRATIVE                                      .00
    TRUSTEE COMPENSATION                             125.70
    DEBTOR REFUND                                       .00
                          ---------------      ---------------
    TOTALS                  2,340.00              2,340.00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 02/24/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE